# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHINY STRANDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:20-cv-2547 |
| JPMORGAN CHASE BANK, N.A., and JPMORGAN CHASE & CO. | ) ) Honorable Joan B. Gottschall ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shiny Strands, Inc. submits this Notice of Voluntary Dismissal With Prejudice with respect to its Complaint. Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. have not served an answer, motion to dismiss, or motion for summary judgment. The case can be closed, and the parties shall bear their own attorneys' fees and costs.

Dated: October 14__, 2020

                                                                    Respectfully submitted,

                                                                     By:    /Steven Smith/

                                                                     Steven Smith, Esq.
                                                                     5555 North Sheridan Road
                                                                     Apt. 708
                                                                     Chicago, IL 60640
                                                                     Email: stevesmithlaw88@gmail.com

                                                                    *Attorney for Plaintiff Shiny Strands, Inc.*